# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAM KUNAKNANA, et al.,<br><br>　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, et al.,<br><br>　　Defendants,<br><br>　and<br><br>CONOCOPHILLIPS ALASKA, INC., et al.,<br><br>　　Intervenor-Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br>Case No. 3:13-cv-00044-SLG |

## ORDER GRANTING MOTION FOR EXTENSION AND REVISING BRIEFING SCHEDULE

In the Court's Order at Docket 199, issued July 22, 2014, the Court instructed as follows: "The Corps shall complete the remand and provide its determination on remand to the parties and to this Court on or before August 27, 2014."

On August 25, 2014, at Docket 200, Defendants filed a Motion for Extension of Time to Complete Remand -- on Shortened Time because Defendants had just recently learned that a former program manager for the project at issue would be "unreachable" until early September. The Court permitted all parties the opportunity to respond to the motion. Docket 206. Conoco Phillips Alaska, Inc. responded to the motion consenting to the extension. Docket 203. Plaintiffs opposed the motion "because of the hardship it would cause to Plaintiffs." Docket 207. Plaintiffs opposed the motion, in part, because

of attorney scheduling conflicts. The Court will grant the motion at Docket 200 in part, but taking into consideration all of the scheduling concerns.

The briefing schedule is revised as follows:

| Filing | Original Due Date Per the Order at Docket 199 | Revised Due Date |
|---|---|---|
| Corps' determination on remand | August 27, 2014 | September 12, 2014 |
| Plaintiffs' Brief | 30 days after August 27 | October 14, 2014 |
| Reply to Plaintiffs' Brief in Response | 30 days after Plaintiffs' response | November 12, 2014 |

All other limitations set in the Order at Docket 199 remain in place.

No further extension shall be granted to Defendants absent exceptional good cause.

DATED this 26th day of August, 2014 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
United States District Judge